UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

KEREN SITA, )
 )
    Plaintiff, )
 )
v. ) Case No. 2:25-cv-846
 )
AVERTEST LLC, doing business as )
AVERHEALTH, )
 )
    Defendant. )

## ORDER OF DISMISSAL

On October 27, 2025, Plaintiff Keren Sita's Application to Proceed *in Forma Pauperis* ("IFP") was denied without prejudice because it was incomplete and insufficient. (Doc. 3). Plaintiff was provided the opportunity to either pay the case filing fee or refile the application with an affidavit demonstrating her inability to pay the filing fee. Plaintiff was informed that should she fail to pay the filing fee or to refile a complete IFP application on or before November 21, 2025, her case "shall be dismissed without prejudice." *Id.* at 3.

Because Plaintiff has not responded to the court's Order, paid the filing fee, or refiled an IFP Application, this case is DISMISSED. The Clerk of Court is directed to close the case file. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 26th day of November 2025.

                          Geoffrey W. Crawford, District Judge
                          United States District Court